UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------
:
UNITED STATES OF AMERICA,       :      CASE NO.:    5:15-cr-339
                                :                   5:17-cv-753
         Plaintiff-Respondent,  :
                                :
vs.                             :      OPINION & ORDER
                                :      [Resolving Doc. No. 544]
PHILON RAMSEY,                  :
                                :
         Defendant-Petitioner.  :
                                :
------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Philon Ramsey moves to modify or reduce his term of imprisonment under 18 U.S.C. § 3582(c)(2).[1] Ramsey argues that he should receive a two-level reduction in his United States Sentencing Guidelines calculation based on Guideline Amendment 782, which lowered the base offense levels for most drug quantities by two.[2] This amendment went into effect in November 2014 and was incorporated into the 2015 Guidelines Manual.[3]

Ramsey was sentenced on March 7, 2016,[4] and the Court calculated Ramsey's sentence using the 2015 Guidelines Manual.[5] As such, Ramsey's Guidelines calculation included the Amendment 782 offense level adjustment, and he is not entitled to relief on that ground.

Because Ramsey does not qualify for relief under 18 U.S.C. § 3582(c)(2) based on a change in the Sentencing Guidelines, the Court cannot consider any of his 18 U.S.C. § 3553(a) arguments for a reduced sentence.[6]

---

[1] Doc. 544.
[2] *See United States v. Steel*, 609 F. App'x 851, 855 (6th Cir. 2015) (discussing the enactment and application of Amendment 782).
[3] *Id.*
[4] *See* Doc. 260.
[5] *See* Doc. 243.
[6] *See* 18 U.S.C. § 3582(c).

Case No. 5:15-cr-339
Gwin, J.

For those reasons, the Court **DENIES** Ramsey's motion to modify or reduce his sentence.

IT IS SO ORDERED.


Dated: June 1, 2018
                        s/ *James S. Gwin*
                           JAMES S. GWIN
                           UNITED STATES DISTRICT JUDGE